RAY S. WIXON, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Order denying defendant's motion for physical examination of plaintiff affirmed on argument, with ten dollars costs and disbursements. Present — Kelly, P. J., Manning, Kapper and Lazansky, JJ.

JACOB YORMARK and JENNIE SALZBERG, Respondents, v. FANNIE WALDMAN and Others, Defendants. LOUIS WEINBERGI and JOSEPH LOEB, Appellants.— Order striking out amended answer and awarding judgment to plaintiffs on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

LOUIS BERNSTEIN, Appellant, v. JOSEPHINE BERNSTEIN, Respondent.— Order setting aside verdict and granting new trial reversed on the law and the facts, and verdict reinstated, without costs. The evidence did not show that the juror's answers to the inquiry regarding his acquaintanceship with the parties before he was sworn as a juror, were not the fact. Such recollection of who the parties were as came to him during the trial does not show an acquaintance with either side, nor such knowledge of them as could in any wise have affected his verdict. The juror's frank and candid statement of the discussion in the jury room, and which did not involve the evidence in the case, was wholly inadmissible to impeach the verdict. To this it must be added that the discussion referred to did not bear in the slightest degree upon the disqualification charged against the juror. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

EDNA BINSKY, Respondent, v. NATHAN PLATZER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

NORMAN BUSCH, Appellant, v. WILLIAM FRANZBLAU, Respondent.— Judgment unanimously affirmed, with costs. Whatever right plaintiff may have to sue for a balance due, he failed to make out a case of account stated. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

VIOLE COLONEY, Appellant, v. CHARLES K. BELDEN and MYRON H. COLONEY, Sole Surviving Executors and Trustees under the Last Will and Testament of ELIZABETH V. BERNHARD, Deceased, and Others, Defendants. GEORGE STAVRAKOS, Respondent.— Order granting motion by defendant Stavrakos to dismiss amended complaint on the ground that it does not state facts sufficient to constitute a cause of action, and judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of RAFFAEL GIANFAGNA, Respondent, v. GUISEPPI BASSALINO, Appellant.— Order of filiation of the Court of Special Sessions unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.